UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                  :          19 Cr. 734 (WHP)

Cristian Guerrero-Melgares,                       :          <u>ORDER</u>
                         Defendant.         :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Friday, May 29, 2020 at 2:30 p.m. regarding defendant's application for bail. The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 27, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.