UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
       -against-                   :           19 Cr. 734 (WHP)
                                   :
Cristian Guerrero-Melgares,        :           ORDER
                       Defendant,  :
------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      Defendant Cristian Guerrero-Melgares seeks to proceed with a change of plea proceeding via teleconference instead of a personal appearance in court. In view of the ongoing pandemic, teleconferencing has been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by teleconference with a change of plea advances Mr. Guerrero-Melgares' case and furthers justice without undue delay. See § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

      During the change of plea proceeding, the magistrate judge should allocate the defendant on his consent to proceed via teleconference as previously stated by his counsel.

Dated: December 14, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.