UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                   :
:           ORDER
- v. -                          :
:           19 Cr. 734 (WHP)
CRISTIAN GUERRERO-MELGARES,                :
:
Defendant.                  :
:
-------------------------------------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 18, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  January 12, 2021
        New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.