# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL  jdabbs@kaplanhecker.com

March 10, 2021

**VIA ECF**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Re:   *U.S. v. Romero et al.*, No. 1:19-cr-734 (WHP)

Dear Judge Pauley:

We represent Cristian Guerrero-Melgares, a defendant in the above-captioned matter. We write to request an adjournment of the sentencing hearing that is currently scheduled for April 1, 2021.

We have retained a mitigation expert in connection with sentencing and additional time is needed to obtain necessary records and documents, many of which are located in El Salvador, and to complete an evaluation of Mr. Guerrero-Melgares.

In light of the above, we respectfully request that the Court adjourn Mr. Guerrero-Melgares's sentencing hearing to any date after May 3, 2021. This is our first request for an adjournment. The Government consents to this request.

Respectfully submitted,

Jenna M. Dabbs
Brandon C. Thompson
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
jdabbs@kaplanhecker.com
bthompson@kaplanhecker.com

*Counsel for Cristian Guerrero-Melgares*

Application granted. Sentencing adjourned to May 19, 2021 at 9:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

March 11, 2021